IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02101-RPM

TERESA VIERA,

      Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

      Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE

_____

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that a scheduling conference will be held on **November 12, 2010, at 2:30 p.m.** in the

Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver,

Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which

may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch

Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original

only) on paper, shall be submitted directly to chambers by **4:00 p.m. on November 4, 2010.**

      The conference is conducted with lead counsel present in person. No parties or representatives of

parties will be permitted to attend.

      Dated: September 1st, 2010

                                   BY THE COURT:

                                   s/Richard P. Matsch

                                   _____

                                   Richard P. Matsch, Senior District Judge