**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 2010cv2101-RPM

---

TERESA VIERA,

    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    Pursuant to the Stipulation of Dismissal of Plaintiff, Teresa Viera, and Defendant, SAFECO Insurance Company of America [14] filed on January 31, 2011, it is,

    ORDERED that the within action is hereby dismissed with prejudice pursuant to F.R.C.P. 41(a)(1), with each party to bear their own costs and attorney's fees.

    DONE THIS 1st day of February, 2011.

                                           BY THE COURT:

                                           s/Richard P. Matsch

                                           _____
                                           Richard P. Matsch, Senior District Judge